WILLIAM F. SCHULTZ, Appellant, *v.* WILLIAM G. McCREA et al., Respondents, Impleaded with Others.

*Schultz* v. *McCrea*, 170 App. Div. 897, affirmed.

(Submitted February 1, 1918; decided February 15, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 27, 1915, affirming a judgment in favor of defendants, respondents, entered upon a dismissal of the complaint as to them by the court at a Trial Term in an action to recover a balance alleged to be due on a contract to purchase stock. The complaint was dismissed at the opening on the ground that it did not state facts sufficient to constitute a cause of action.

*Edward H. Kelly* for appellant.

*Benjamin F. Gerding* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Cuddeback, Hogan, McLaughlin and Crane, JJ.